**WO**

N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seandee Ambrosia and Laura Otero<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Arizona Bank & Trust, Inc., and<br>Heartland Financial USA, Inc.,<br><br>　　　　　Defendants. | No. CV-07-217-PHX-LOA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice; each party to bear its own costs and attorneys' fees incurred herein.

　　　　DATED this 14th day of February, 2008.

　　　　　　　　　　　　　　　　　　／s／ Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2100315.1